FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ROBERT SILVA,<br>DEFENDANT(S). | CASE NUMBER<br>CR08-119<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defense Counsel</u>, IT IS ORDERED that a detention hearing is set for <u>February 8</u>, <u>2008</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Jeffrey W. Johnson</u>, in Courtroom <u>341, Roybal Building</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: February 7, 2008

_____
U.S. District Judge/Magistrate Judge